No. 1545, Misc. McKINNEY *v.* BOYLE ET AL. C. A. 9th Cir. Certiorari denied. *Harold R. Scoville* for respondents.

No. 1550, Misc. DOWLING *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1566, Misc. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1581, Misc. FIELDS *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1583, Misc. HANSEN *v.* UTAH. Sup. Ct. Utah. Certiorari denied.

No. 1592, Misc. SUMLIN *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Gerald W. Getty* and *James J. Doherty* for petitioner.

No. 1598, Misc. CARR *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1601, Misc. HARRELL *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 1602, Misc. BROUSSARD *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1641, Misc. BROWN *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.